```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

SAMUEL CHINNIS,                    :
       Petitioner         :   No. 1:16-CV-02150
   vs.                             :   (Judge Kane)
J. BALTAZAR,                       :
       Respondent         :

## ORDER

**AND NOW**, in accordance with the accompanying memorandum, on this 2nd day of March 2017, **IT IS HEREBY ORDERED THAT:**

1. Chinnis's petition (Doc. No. 1) for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                        s/ Yvette Kane
                        Yvette Kane, District Judge
                        United States District Court
                        Middle District of Pennsylvania